NOT FOR PUBLICATION                                                                  (Docket No. 1)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| RITA WATSON, | : | |
| Plaintiff, | : | Civil No. 09-3650 (RBK/JS) |
| v. | : | **ORDER** |
| WASHINGTON TOWNSHIP OF GLOUCESTER COUNTY PUBLIC SCHOOL DISTRICT, et al, | : | |
| Defendants. | : | |

    **THIS MATTER** having come before the Court on the Court's own motion; and

    **THE COURT FINDING** that Plaintiff Rita Watson's ("Plaintiff") Complaint fails to comply with the pleading requirements of the Federal Rules of Civil Procedure; and

    **THE COURT FINDING FURTHER** that Plaintiff's Application to Proceed In Forma Pauperis is incomplete;

    **IT IS HEREBY ORDERED** that Plaintiff file an Amended Complaint which conforms to the pleading requirements set forth in the Federal Rules of Civil Procedure on or before **September 14, 2009**; and

    **IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed in Forma Pauperis is **DENIED**, without prejudice; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall supply to Plaintiff a blank form Application to Proceed In Forma Pauperis and a blank form Application for Pro Bono Counsel pursuant to 28 U.S.C. § 1915(e)(1).

Dated:  8-28-09                             /s/ Robert B. Kugler
                                            ROBERT B. KUGLER
                                            United States District Judge